## United States District Court
### Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 7167177 | ZIMMERER | 463 |

**WW 12**

7167177

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 23 NOV 19   2204 | RCW 46.20.015 |

Place of Offense

TRIGGER AVE

Offense Description: Factual Basis for Charge                                   HAZMAT ☐

NO VALID OPERATOR'S LICENSE
IN POSSESSION WITH ID

### DEFENDANT INFORMATI▮

| Last Name | First Name | M.I. |
|---|---|---|
| BLAIR | HEATHER | R |

Street Address ▮▮▮▮▮▮▮

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| BLL9931 | WA | 2012 | CHEV / MALIBU | | SILVER |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| | $ | 50 | Forfeiture Amount |
|---|---|---|---|
| | | + $30 | Processing Fee |
| PAY THIS AMOUNT → | $ | 80 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address                              Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _Heather Blair_ Nov 23 19

(Rev. 09/2015)                    Original - CVB Copy

CVB SCAN 01/17/2020 8:25

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on 11/23 , 20 19 while exercising my duties as a law enforcement officer in the __WW 12__ District of __WASHINGTON__

ATTACHED SEE

The foregoing statement is based upon:

X my personal observation          X my personal investigation

___ information supplied to me from my fellow officer's observation

___ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/23/2019   _Patrick D. Zimmerer_
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 01/17/2020 8:25